**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **MARVIN E. MCALEVY,** | ) | **CASE NO. 4:04CV3237** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JO ANNE B. BARNHART,** | ) | |
| **Commissioner of the Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's motion to extend the deadline to submit his brief (Filing No. 14).

While the motion is granted, counsel is advised that, absent unusual circumstances, no further continuances requested by the Plaintiff will be granted.

IT IS ORDERED:

1. The Plaintiff's motion to extend the deadline to submit his brief (Filing No. 14) is granted; and

2. The Plaintiff shall file his brief on or before July 29, 2005, and the three-day mailing rule does not apply to extend that date.

DATED this 29th day of June, 2005

BY THE COURT:

s/Laurie Smith Camp
United States District Judge